IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DANA CHAPMAN MASTERS, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF ALAN KEN MASTERS, DECEASED, AND AS NEXT FRIEND OF JANNA MASTERS AND KAITLYN MASTERS, MINOR CHILDREN<br><br>VS.<br><br>SOUTHWESTERN ENERGY PRODUCTION CO. AND HELMERICH & PAYNE INTERNATIONAL DRILLING CO. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 2-06CV-137<br>Jury |

**ORDER GRANTING DEFENDANTS
SOUTHWESTERN ENERGY PRODUCTION COMPANY AND
HELMERICH & PAYNE INTERNATIONAL DRILLING CO.'S
MOTION FOR LEAVE TO DESIGNATE RESPONSIBLE THIRD PARTIES**

On this date came on for hearing the motion of Southwestern Energy Production Company and Helmerich & Payne International Drilling Co.'s motion to designate J&W Engineering, Inc. and Hamilton Engineering, Inc. as responsible third parties under Texas law. The Court, having reviewed the motion, is of the opinion that same should be GRANTED.

IT IS THEREFORE, ORDERED, that the motion for leave to designate J&W Engineering, Inc. and Hamilton Engineering, Inc. as responsible third parties is GRANTED.

IT IS FURTHER, ORDERED, that J&W Engineering, Inc. and Hamilton Engineering, Inc. are hereby designated as responsible third parties and will be submitted to the jury as a responsible third parties pursuant to Texas law.

SIGNED this 28th day of September, 2006.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE